Ace number 23 950 in rain Nissan North America Incorporated. Mr. Van or you may proceed for the appellant Good morning, your honors. May it please the court? I'm Aaron van or representing Nissan and I have reserved four minutes for rebuttal This appeal turns on two and perhaps three principles of class action law First a common issue is an issue That a reasonable fact-finder would have to answer the same for everyone and that matters to the merits to Assessing whether common issues will predominate Requires projecting how the issues will be presented at trial remembering that individual issues always have to be tried individually and third Expert evidence that bears on commonality and predominance has to be reliable under rule 702 in this case The first two principles I think are dispositive. So I'm going to start there the threshold Foundational inquiry in any putative class action is asking whether any part of the claims can be resolved on a common basis And that requires asking whether a fact-finder could reasonably distinguish between claimants Can I um, I hope so show some understanding of your argument and then ask this question so I I get the these software updates and I I Get why that would suggest you don't have commonality for different cars with different updates The thing that gives me pause about the argument is the world we live in where so many products are computerized And as I know from my own gadgets I'm getting updates all the time. So It does seem to me. I'm just a tiny bit worried if one ruled for you on that ground Would this create this situation where it's basically impossible to have a class action For products that are computerized because we know there's updates They just are always updating. I don't think it would be impossible. But your honor I I do think it means that you have to look at the actual product that people have and and if they Quickly get better. That's a good thing and that actually does affect the elements just to go back to the ultimate question here legally Which is you know the outcome of a case depends on the elements of the claims and the evidence relevant to that to that elements and what happens in a class action is The procedural rule is used to require the fact finder to decide everything the same When it goes to a trial and there's a verdict form in the class The only options are was the claim proof for everybody or not So the jury is constrained on that using a procedural rule to constrain a jury's ability to act like that Can only be done if a reasonable jury would have to do it in any event Otherwise the procedural rules is operating the substance your honor judge Murphy, you know your opinion and Doster Puts it very much like this and Fox versus Saginaw County So here you know the real error that the district court pointed to a couple of issues that it said were common defect and Knowledge and neither of them were actually common Set aside knowledge on defects The court didn't identify a Cause of action when I think of defect I think of products liability exactly But but I don't understand products liability claims to be at issue here So what what is that? What claim is the defect? Element relevant to I don't think it is your honor. It doesn't resolve any claim So the express warranty claim is a repair warranty. It's not a design defect warranty It's an express It's a repair warranty and it says if there's a defect in materials or workmanship you bring it in we'll fix it The elements of that claim requires somebody to have brought it in and not be fixed so design defect is irrelevant to express warranty Implied warranty the court thought a design defect was relevant too But it's not there are four states at issue and in every one The question is what actually happened with your vehicle? Did it work or not? You can't say there's a possibility that it won't work if it actually worked it met the baseline So design defect isn't relevant there. The next one is fraudulent concealment or omission here because there's no alleged Misrepresentation affirmative and there obviously it's a comparison between what was said and what happened or what was omitted and what happened? So proving a design defect is irrelevant there, too Then there's unjust enrichment and then there's the state consumer protection But the point is suppose I'm just curious how it's kind of supposed to work Imagine say say I think that it is Relevant to one of the four causes of action Would you so then say say there was a design defect say I thought it was common and say I thought it was like For express warranty or something just assume that How do the other? So you meet the commonality element for that this one claim How would the other causes of action work in it would it be in the predominant section you would ask? Okay, you have one element in common for one claim, but then you're gonna have to try all these other claims Yeah, and the other elements of the one claim Individually. Yeah, that's exactly right. And you know and your honor expressed in Doster You've got to figure out what are the common elements? What are the individual elements and then you say, okay? There's a common element that we could resolve on a common basis Does that predominate knowing that we now have to resolve all the other elements individually? And how are you going to do that? And so? Predominance that and that I assume is your answer to why creating 30 class actions Wouldn't solve things Yes And because you know 10 times 3 there's 3 different software things and you would say well you can't Well 30 class actions is an ideal anyway, but even assuming that's alright you would say That shouldn't happen because you'd have a predominance problem But yes, but within each of those classes there would be a predominance. That's what I mean. Yes Because the actual elements here your honor Require you to implied warranty asked how did the car work? And that's individual and you know the small classes the small vehicles here were sold in the tens of thousands and the large and hundreds of thousands There's no manageable way to do these inquiries for even a 31st of this group on a manageable basis but like I said the really important thing I think for for the district courts understand and I think we'll hear the opposite from my opponent here, but It's not enough for a plaintiff to come forward with some common evidence Because the question for the jury is what's all the evidence? What what's actually there and if plaintiffs come up with something common, but there's material evidence that's individual Reasonable fact finder could distinguish based on the individual part and so often you see the question framed sometimes I think a little sloppily as could the plaintiffs come forward with common proof That's certainly necessary to get commonality But it's not sufficient because the question again is What could a reasonable jury do based on all the proof on the facts as they actually are so you can't in other words you can't? manufacture commonality by ignoring individual relevant proof And that's why the question is you have commonality a common issue is one that a reasonable fact finder would have to resolve the same Because otherwise you can't tie its hands that depends on all the evidence so here on commonality and in predominance And that that carries through to the predominance analysis because it forces you to be honest about what will actually happen at trial And what must be resolved by the courts? Mr.. Van or can we just go back? I'm taking off track maybe but I just wanted to go back to the defect question that just Murphy asked you Why isn't that relevant to your? to the common law Material omission or I mean this would be an omission case right so it's I understood their argument to be that these vehicles have a Defect something that doesn't work or might not work and that you failed to disclose that and that would be an Element under the I mean there's there's something they're saying that you failed to Represent to disclose so isn't that the defect I mean I Yeah, I again when I when I hear plaintiffs say defect. I think design t effect Which would be you know utilitarian balancing could you resolve it without making it more expensive that that's not actually what they mean And that's not an element of these claims, but to your honors point any if there's an omission claim It has to be material right and then the person has to have relied on it because these are common law fraudulent omission claims and So here they would have to identify for the vehicle they bought that there was something material So say they bought one of the new 2021 Altima's and the person who got it never had a false Activation on that it actually saved them from a couple of rear-end collisions on that and if you ask them at the time you bought It did you have any understanding of this trade-off between safety and and false activation they say no you said well I tell you now does it matter to you to say no? I'd gladly take the safety right so assume that that that's an individual set of facts. That's on that's on predominance, right? So I I might The so the question though was that's about subjective reliance, and it may well be an element but commonality would be If there was a universal omission Just and set aside the so maybe defect is the wrong way to think of the common question for fraud Maybe it just should be there was an omission that there might be False positive sometimes yeah, and if that was true, then that could be a common question if because you know mission is yes There you said it or no you didn't is there evidence you said it to some individuals is there evidence? You didn't say it to others Yeah, there's well We know that that wasn't actually omitted because the owner manuals Said I'm reading in some road or traffic conditions the AEB system may unexpectedly apply partial braking so But that that uniform one doesn't work on this record But I take your point your honor it that if if there were something that were truly common across all of it that part of the claim Might be isolated the problem here is that it has to be material and materiality depends on how it performs So that would be individual here, and then there's a real difficulty in pulling out one part that then ties into reliance So when you ultimately later figured out reliance it would have to be tied back to precisely what was found Judge Posner talked about this years ago and NRA Rome Polo Polo grower and what he said is you have to carve at the joint Because otherwise you have a problem of a later fact finder re-examining the first one and that creates Seventh Amendment jury Can I ask one last final question? I see your red light is on but So unjust enrichment Why isn't it a common question? Can you have unjust enrichment claims when you also have contracts? I'm actually confused by why I would imagine there's a contract in all these cases because it's a pretty significant sale of a car Why what why is there unrest under unjust enrichment claims even in the mix? Yeah, your honor there may be weight reasons that some of those claims fail on a common basis on that perhaps because of a contract Why wouldn't you be in favor of certifying? That common question is can you have an unjust enrichment claim? When you also have a contract it the answer is not the same for all the states your honors some of the states It's a relevant remedy to the ad some of it. It has the bar here does so It's not universal. We can't generalize across the states, but there's always this question Would you rather win on an individual? basis and just save the time and expense of the class or whether you'd rather bind everybody and Most of the time stare decisis is enough to take care of pure legal issues like that The real cost savings from class actions come with applied questions of law in fact, and that's not that kind of question Well, it's worth remembering historically. It was corporations that launched rule 23 They thought it'd be wonderful to resolve all of this at once in one case your honor out They've had second thoughts the this the summer between first and second year law school I researched the origin of rule 23 for professor Fischel, and I think it's a little more complicated than that well Am I right am I right? Not and I'm not just a curiosity at this point not a true Crescent But aren't aren't I right that they were more in favor of it then than they are now leading up to the 1966 amendments there wasn't a sharp divide point of defense bar People didn't really realize what was going to happen within nine months Figured it out and the split had developed that fast. It's fascinating. Yeah Thank you. You get your full rebuttal. Thank you Mr. Tangren Good morning. Good morning May it please the court John Tangren on behalf of the plaintiffs and the other members of the certified classes Whose claims are all grounded upon the same alleged defect in the continental ARS 410 sensor installed in the class vehicles The ARS 410 radar sensor serves as the eyes of the class vehicles emergency braking systems It is designed to work together with the advanced driver assistance system or ADAS To detect obstacles in the vehicle's path and automatically apply the brakes to avoid crashes However, the ARS 410 sensor that Nissan chose for the class vehicles was the cheapest available sensor That was significantly less powerful than the other more expensive options that Nissan chose for its luxury Infinity vehicles as you what's your response to the line of questioning about defects in this case? And judge Murph its question about how defect features into the case Each of the claims at issue here incorporate the concept of defect in some way Implied warranty, for example asks are the cars merchantable? Which in these kinds of cases involving vehicle defects boil down to is there a defect in the vehicle or not? Similarly, what do you define defect for purposes of that in that case? You know merchantability is defined as in the context of vehicle cases Does the car provide safe and reliable of transportation and whether or not the class vehicles provided safe and reliable Transportation or not. Why would you I'm just confused about why? Defect strikes me as some somewhat of a kind of a term of art that I think about in products liability cases It seems to me what you just said There should be the seen as the common element and you ask whether that can be decided on a class of life Certainly in a way that and you said it was Is it merchant? Merchantable merchantable correct. And what does that mean? And that means, you know in a larger sense for the UCC it means Do these goods comport with what the market for those goods understand to be the quality that consumers expect them to be in? the case of Vehicles, this has been interpreted in case law more or less uniformly as does the car Provide safe and reliable transportation and and this is the same element that the Sperling court recently considered and held You know would be a class white. Why what's? That strikes me as maybe a different defect element or different commonality question than say What judge Larson was talking about for the fraud claim, which would be? some type of omission, I guess so Why why why is? Why is it wrong to think that the district courts analysis on uncommon ality was just too perfunctory because You really have to dive into each claim and ask is there some type of common question? That is relevant which in my mind. I usually interpret that to be element So you don't have to show that you can win the entire claim, but there has to be something pretty significant Which is in my mind, okay, the claim has four elements. This one element can be decided. Yes or no for the entire class We might have three individuals, but that goes to predominance, but you do have to find some type of commonality I think that's what Walmart was. That's the way I interpreted at least in Doster So so why why why do you think just saying defect in the abstract? It seems to me you need to be a little more specific and say for each of these There's this element and this element is must be decided. Yes or no for the class, right? I mean, I think your honor is exactly right. It is a claim by claim analysis. It is a state-by-state analysis That's why when we pursued class certification below we did it on a state-by-state basis We're not trying to say that what a defect is under California law would be Identical to what it would be under Pennsylvania law for example And it is also as your honor noted a claim-by-claim analysis what a defect is for purposes of implied warranty Isn't necessarily the same as what a defect would be for a state consumer protection statute That's why the district courts set out its opinion organized along those lines. It's why It kind of maybe did Commonality in the b3 section of its opinion When it went through each at least at some point what went through each Claim but but the b3 section was almost what it should have been doing in the Commonality question that earlier 23 a portion of its opinion Well, it's a common question for each of the states and each of the reason why these claims are certified discreetly is because you're looking at whether it's a common question for purposes of the element of that claim and in practice The point I'm getting it didn't even talk about it didn't even tell us what the claims were When it went in its analysis of commonality I mean it did it did talk about the claims later and I'm talking about predominance I mean certainly and this is you know It's very typical for courts analyzing these kinds of cases to talk about defects in the shorthand I I just did a word search in this court's recent Spearley opinion and the word defect appears 36 times Even though defects I wasn't sure is Informally an element of any of the claims that were under consideration is barely either It's just in in vehicle defect claims. I mean that the one exception that may be express warranty where I think the word defect is actually Appears in the effective contract language, but maybe that is an indicator. We're not being sufficiently rigorous and Trial courts aren't being sufficiently rigorous. I mean for purposes of whether there's common question or not The ant the question is is there a question here that will be answered the same for all class members and certainly You don't know what the word defect means and everyone casually uses it for a synonym for six different things You have to wonder how the answer to that question is ever. Yes, I mean that that's that's not always. Yes That's what's beautiful about it That's not the way that's not the way that the claims are handled below once the claims are certified And I the FCA monostable cases is a great example of this. This is a case That in this very case, isn't that the heart of the judges analysis that demands a level of specificity We don't need to do it class cert. Well, it's exact opposite of what we want Well that I think that level of specificity Language in the district courts opinion should be read in the context of what followed it Which is that this is a merits issue So that getting into that level of specificity getting into whether the software updates were effective or not Actually takes away from what was The common question according to all of the evidence that the district court was looking at like was the ARS 410 censored effective If Nissan believed that this was a problem with the software It wouldn't have stopped giving software isn't there an inherent conflict of interest in your classes? So if you say it's a yes-or-no question that means that Those individuals who bought the car without the software update earlier Can The the defense will be able to say it wasn't effective because we put the software update in And that is gonna in the response for half the class will be why I didn't have that software update So that defense doesn't apply to me and it's on and if you if you say that it has to be a yes-or-no Question I think your position would be well the software update didn't fix the problem But it's still for those people who don't have that defense It's unfair because it's adding a defense that wouldn't even apply to them I was like a couple of responses to that. First of all, I think that's why a district court Needs to and did take a careful look at the evidence before it to see What is the theory that's emerging from this about defect that is likely to come up even if we were to proceed to thousands of Trials for each of these class members and here where the record is replete with admissions from Nissan that it's the ARS 410 sensor that we can't fix in Subsequent versions. We're not even going to try to use a different software we're going to use a Different sensor all together from Bosch or we're going to use the camera in connection with the sensor to bump up its processing range But the other thing I don't even think that's a question Well, I just on the first point I think it's instructive to look would agree for the entire class When you say you have to be able to answer the question yes or no for the entire class That means in the entire class includes individuals with and without the updates That means you have to be able to say it either was Defective or it was not defective. And so you have to be able to say that this update I guess was irrelevant, right? I'll get to my second point which may be an easier way of answering the question. This is not a case where Someone had a vehicle that was stuck with a particular software version Nissan made the s2 software available to everyone So if you imagined a mini trial with a class member who for some reason didn't get that update You would imagine that Nissan would argue with some pretty powerful Justification that it should not be held liable for the class members failure to take advantage of a remedy that was due to it So I think even for this case, this is a practical matter that wouldn't claims for before the s2 software was available Won't there be a time period before it's available where there could be liability I would expect that Nissan would argue that it would moot the claim since a remedy became available After that vehicle was purchased that restored the vehicle to the condition that it was bargained for But in any event, I also think role plays there. Wait, this is less ease. I mean less ease have cars for a year or two Some of these people will have had it just before any updates. I Mean I take your honors point and if you know at if below the evidence showed that there was a subclass of less ease Who wanted to argue that their software update was insufficient, but they were fine with the sensor then we could subclass that I don't think there's any evidence in the record a really important point. I mean, I I will tell you I was inclined to Dividing it into the different phases of car with different the three software original s1 s2 That seemed to make some sense to me if what I'm hearing from you is none of this matters because s2 is made available to everyone else and there's just Five or six plaintiffs we can deal with that later Why aren't you just presenting it? That's the only thing that matters in the case The is that is that your theory? Part part is your theory that we should do the whole case as if the software was the best software was always available I mean partly because you know This court took this appeal to take an opportunity to give guidance to class actions and other but I mean Is that how the case was framed in front of the district court judge? That all that matters is the most recent update Yeah, I mean, I think that in other words you're gonna litigate the best version of the car That's I don't hear that very often Sure, I mean the Occam's razor approach to this case is to focus on the sensor Which was at the heart of the defect evidence in the case, right? And you know Whirlpool is instructive here in Whirlpool Whirlpool came forward with evidence that it had made not just software changes But actual design changes and argued that those changes mattered, but the district court concluded based on the Whole point is materiality is are the changes material to the theory? These seem highly material to the theory more material than Whirlpool's the way I looked at it But I guess your theory right now. I'm hearing for the first time is oh, don't even worry about it. We'll take the car It's best version And that that's what you're saying I think that is a way that this case, you know, certainly could be decided software versions don't present the Individualized issue that me so why wouldn't why wouldn't we send it back to the district court to look at that in the first instance? We have a new theory of commonality. Don't even worry about these other versions Let's assume every all will certify is everyone under the assumption It's the with the s2 software either because they actually had it or it's available to them I mean if this court believes that the district courts discussion of the software was was insufficient then certainly, you know That's a possibility Our position is that getting into the software upgrades would be getting into the merits Because this is Nissan's primary defense don't you have to get into it to determine whether there is this conflict between class members and Whether you can answer it. Yes or no for the entire class. I take your point to be That you can answer it. Yes or no for the entire class because the entire class is going to have this defense thrust upon them because the Update was all available to them And so we have to we don't necessarily have to answer the merits question of whether the update was sufficient but we have to answer the question of whether this defense would apply to all of them and if there is a plausible basis for the jury to rule that Some of them would not have the defense Or that the defense would not apply to some early members of the class then that those individual plaintiffs have the right to Argue that it seems to me. Sorry. I mean our position is that there is not evidence in the record So just that that would be an issue you know, certainly if the court would like to see more from the district court on analyzing that issue and and Making it clear that the software is a common issue and that that's something that we could do and we were confident that we prevail again below But we believe that the district court has already done that analysis and the reason why it didn't want to go further into that Discussion of software issues because then it would be turning its opinion into a dress rehearsal for a trial on the merits. I See with less than a minute remaining. I'll quickly turn to the Daubert issue unless the court has further questions No, no, I would be grateful to hear about this. I mean I You know my take on it is it's it seems pretty significant I mean, this is a pretty I mean, in fact, it would almost be ironic to me to not worry about Daubert now Have a trial and then get all Obsessed about Daubert when the biggest thing in the case was whether you're gonna have certification, right? And we didn't understand that the district court wasn't going to revisit Daubert before trial The reason why it didn't go into Daubert here is because it didn't believe that those expert reports are critical For any of the class certification questions it needed to make and nothing in what Nissan included in its Daubert motions raised any class divisive issues In the Daubert opinion or the Daubert motion that it made against the liability expert It merely argued that he wasn't qualified that it wasn't reliable across the board it made similar arguments with plaintiffs damages expert even Said on page two of its Daubert motion that the district court could feel free to assume that a conjoint Analysis would be an appropriate class-wide mechanism for determining damages, which is exactly what the Sperling court affirmed So just make sure I'm getting your point is your point that uh It's just irrelevant here because this expert testimony wasn't material to but but if it were You would agree that Daubert Should apply should be used to qualify the expert, right? I think that you know There's been discussion of a circuit split and in the case that we submitted last week a supplemental forget circuit split I just I'm just asking you a straight-up question is your main point Don't worry about this because the experts Testimony whether qualified or not really should not make a difference here or are you you know? That's what I just heard you to be said that is our main justice that this case is exactly like the Hicks case Okay But would you agree then if we take a different view of the relevance of the expert that Daubert is appropriate? Yeah I think at this point is fairly clear even in circuits that require more limited inquiry that to the extent they're critical to class Certification digital court does need to look at it. We have no issue with that. Okay All right. Thank you very much. Appreciate it. Mr. Van Orton Your honors the discussion here I think shows the unfairness of requiring a common answer when a reasonable fact finder could distinguish between them and so at class certification on Commonality the critical thing the district court must do it must Determine whether a reasonable fact finder could distinguish between Members of the putative class based on the elements of the claim and the evidence it must not Say they were going to win or they're going to lose, but it must Determine if you can distinguish because if a reasonable fact finder could distinguish then all of these problems of tying weak claims to strong claims Come up and conflicts come up and that's true both for class members and the defendant the district How do you how do you go about doing that? So what what is the test say there's some? factual difference between class members Do we ask like a summary judgment type question Could a reasonable person rely on this evidence to reach a different conclusion? That's exactly right You say does it rationally have to be the same? Or could it reasonably be different? It is directly analogous to summary judgment, but it different you aren't asking Could they say they win could they say they lose you're saying could they rule one way for this and the other way for this? And still be logically consistent Given the elements of the claim so it goes to materiality your honor immaterial differences don't matter Material differences do and I read whirlpool the same way they found the differences in material there their material here for the reasons What about his I'm not saying concession. That's the wrong word, but saying blood Don't trouble yourself with the first version of the software. Don't trouble yourself with s1. Just think about it as s2 Does that make it a little easier to find common questions? Raises an adequacy of representation problem your honor to me But but if if that were actually the case and you'd say okay Everybody's claims now no matter what version what let's look, but let's just I mean I'm I'm a big fan of lawyers who think wisely about a case and that's what I took him to be saying and Let's now imagine. We're in the trial court. So we're back you go back on remand and and they say Let's not trouble ourselves with these different versions. Let's just assume it's an ad we think about this through the lens of s2 I'm not talking about predominance right now. I'm just asking doesn't that start to get you closer to there being a common yes or no question Yeah, it certainly does remove some of the variations there your honor when you go back to the elements of these claims though for the reasons We talked about design defect isn't an element to the claims So on express warranty you'd still have to ask do they bring it in for repair and did it work or not? For implied warranty and the we cite the cases here making really clear that in implied warranty It's not a question of whether there's some possible issue. It's whether the issue actually arose So, you know that that would make it there for fraudulent concealment getting closer there It's you know, like it's the combination. Was there anything material? It was disclosed But then there's reliance and it's hard to see how you could separate that out. So I response to his merchant ability runs through these and merchant abilities Synonymous with this which is synonymous. It's like causation. We use it so many different ways and defect is kind of similar It's inaccurate your honor merchant ability is not about a design It's about what actually happened with the vehicle the cases say that even in California They've dismissed claims where there was complaint about a design, but that person's vehicle worked just fine So it's merchant ability under these four states is not a theoretical issue It's a what actually happened issue and you can't make that common Can just one point you made about this divide between those with or without the software? you mentioned adequacy what what I am thinking of is Class actions are the rarity where there's absent class members and it seems to me that courts Have an independent duty to ensure that Class counsel is not giving up good defenses. So even if class counsel conceded. Yeah, we'll take we'll do that We'll do this one. It seems to me. Don't we have an independent determination to say? Well, we think that's a pretty good defense so you can't you can't waive Absent class members rights in this way. Yeah, I I think that's a really complicated issue your honor because litigants in Individual cases all the time make decisions about what theories they'll pursue and they won't pursue right and they're allowed to do that I agree that in a class context it's different because When there are actually material different facts between different class members the balance of what to keep and what to give is different On that and so it may make sense for somebody So for example, there are some people who don't have any good individual claims at all. That's my hypothetical They bought the car at work great. They wouldn't care for them It may be sensible to give up individual claims and try for a weak common claim Right and do a Hail Mary for people who have great individual claims they actually happen to have something There's a defect in materials and it was terrible for them The calculus is different for them But that goes to your honor this goes back to the fundamental question is are there material differences? That would allow a reasonable fact finder to distinguish if so, then I think it would change the adequacy of representation It would change the fairness on that and you could go in through a number of different places in the rule But you always come down to that same basic question Okay, thank you very much your honors Thanks to both of you for excellent briefs and for answering our questions, which we always appreciate so thank you so much the case will be submitted and